UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re:

JUSTIN LOUIS PRICKETT
SSN/ITIN xxx-xx-5345

and

VALORIE MAE PRICKETT
fka Valorie Mae Shonley
SSN/ITIN xxx-xx-8940

Debtors.

Bankr. No. 10-40528
Chapter 7

ORDER SUSTAINING OBJECTION TO
CLAIMED HOMESTEAD EXEMPTION
AND DIRECTING TURNOVER

Upon consideration of Trustee Lee Ann Pierce's Objection to Claimed Homestead Exemption and Motion for Turnover (doc. 15) and the record before the Court; and it appearing no response was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Trustee Pierce's objection to claimed homestead exemption is sustained, and Debtors may not claim a homestead exemption in the real property located at 720 North Cole Avenue, Tea, South Dakota.

IT IS FURTHER ORDERED Trustee Pierce's motion for turnover is granted, and Debtors shall turn over to Trustee Pierce Debtors' interest in the real property located at 720 North Cole Avenue in Tea, South Dakota, legally described as:

Lot Two (2) in Block Three (3) of Atkins Height to the City of Tea, Lincoln County, South Dakota, according to the recorded plat thereof.

So ordered: September 8, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota