UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-40528 |
| | ) | Chapter 7 |
| JUSTIN LOUIS PRICKETT | ) | |
| SSN/ITIN xxx-xx-5345 | ) | |
| | ) | |
| and | ) | ORDER GRANTING WELLS |
| | ) | FARGO AUTO FINANCE INC. |
| VALORIE MAE PRICKETT | ) | RELIEF FROM AUTOMATIC STAY |
| fka Valorie Mae Shonley | ) | |
| SSN/ITIN xxx-xx-8940 | ) | |
| | ) | |
| Debtors | ) | |

Upon consideration of Wells Fargo Auto Finance, Inc.'s Motion for Relief from Automatic Stay (doc. 16) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Wells Fargo Auto Finance, Inc.'s motion is granted, and it is given relief from the automatic stay to pursue its non-bankruptcy law remedies regarding the following property:

2002 Chevrolet Tahoe, VIN 1GNEK13ZX2R162384.

IT IS FURTHER ORDERED the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(3) is waived, and this order is effective upon entry.

So ordered: September 14, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota